UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

**FILED**

DEC 14 2015

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

VIOLET PHIRI )
)
_____ )
)
_____ ) CIVIL ACTION
(Name of the plaintiff or plaintiffs) )
)
v. )
) 1:15-cv-11200
BROOKDALE SENIOR LIVING ) **Judge Joan H. Lefkow**
) **Magistrate Judge Sheila M. Finnegan**
_____ )
)
_____ )
(Name of the defendant or defendants) )

## COMPLAINT OF EMPLOYMENT DISCRIMINATION

1. This is an action for employment discrimination.

2. The plaintiff is VIOLET PHIRI of the county of COOK in the state of ILLINOIS.

3. The defendant is BROOKDALE SENIOR LIVING, whose street address is 2960 LAKE SHORE DRIVE, (city) CHICAGO (county) COOK (state) IL (ZIP) 60657

(Defendant's telephone number) (773) 880 - 2960

4. The plaintiff sought employment or was employed by the defendant at (street address) 2960 LAKE SHORE DRIVE (city) CHICAGO (county) COOK (state) IL (ZIP code) 60657

5. The plaintiff [check one box]

   (a) ☐  was denied employment by the defendant.

   (b) ☐  was hired and is still employed by the defendant.

   (c) ☑  was employed but is no longer employed by the defendant.

6. The defendant discriminated against the plaintiff on or about, or beginning on or about,

   (month) __04__, (day) __01__, (year) __2014__.

7.1 *(Choose paragraph 7.1 or 7.2, do not complete both.)*

   (a) The defendant is not a federal governmental agency, and the plaintiff [check one box] ☐ has not ☑ has filed a charge or charges against the defendant asserting the acts of discrimination indicated in this complaint with any of the following government agencies:

   (i) ☑ the United States Equal Employment Opportunity Commission, on or about

   (month)_____ (day)_____ (year)_____.

   (ii) ☐ the Illinois Department of Human Rights, on or about

   (month)_____ (day)_____ (year)_____.

   (b) If charges *were* filed with an agency indicated above, a copy of the charge is attached. ☑ YES. ☐ NO, **but plaintiff will file a copy of the charge within 14 days.**

It is the policy of both the Equal Employment Opportunity Commission and the Illinois Department of Human Rights to cross-file with the other agency all charges received. The plaintiff has no reason to believe that this policy was not followed in this case.

7.2 The defendant is a federal governmental agency, and

   (a) the plaintiff previously filed a Complaint of Employment Discrimination with the defendant asserting the acts of discrimination indicated in this court complaint.

2

☐ Yes (month)_____ (day)_____ (year) _____

☐ No, did not file Complaint of Employment Discrimination

(b)  The plaintiff received a Final Agency Decision on (month) __09__

(day) __15__ (year) __2015__.

(c)  Attached is a copy of the

(i) Complaint of Employment Discrimination,

☑ YES   ☐ NO, but a copy will be filed within 14 days.

(ii) Final Agency Decision

☑ YES   ☐ NO, but a copy will be filed within 14 days.

8.  *(Complete paragraph 8 only if defendant is not a federal governmental agency.)*

(a) ☐  the United States Equal Employment Opportunity Commission has not issued a *Notice of Right to Sue.*

(b) ☑  the United States Equal Employment Opportunity Commission has issued a *Notice of Right to Sue*, which was received by the plaintiff on (month) __09__ (day) __15__ (year) __2015__ a copy of which *Notice* is attached to this complaint.

9.  The defendant discriminated against the plaintiff because of the plaintiff's [*check only those that apply*]:

(a) ☐  Age (Age Discrimination Employment Act).

(b) ☐  Color (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

3

(c) ☐ Disability (Americans with Disabilities Act or Rehabilitation Act)

(d) ☐ National Origin (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(e) ☑ Race (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(f) ☐ Religion (Title VII of the Civil Rights Act of 1964)

(g) ☐ Sex (Title VII of the Civil Rights Act of 1964)

10. If the defendant is a state, county, municipal (city, town or village) or other local governmental agency, plaintiff further alleges discrimination on the basis of race, color, or national origin (42 U.S.C. § 1983).

11. Jurisdiction over the statutory violation alleged is conferred as follows: for Title VII claims by 28 U.S.C.§1331, 28 U.S.C.§1343(a)(3), and 42 U.S.C.§2000e-5(f)(3); for 42 U.S.C.§1981 and §1983 by 42 U.S.C.§1988; for the A.D.E.A. by 42 U.S.C.§12117; for the Rehabilitation Act, 29 U.S.C. § 791.

12. The defendant [*check only those that apply*]

(a) ☐ failed to hire the plaintiff.

(b) ☑ terminated the plaintiff's employment.

(c) ☐ failed to promote the plaintiff.

(d) ☐ failed to reasonably accommodate the plaintiff's religion.

(e) ☐ failed to reasonably accommodate the plaintiff's disabilities.

(f) ☐ failed to stop harassment;

(g) ☐ retaliated against the plaintiff because the plaintiff did something to assert rights protected by the laws identified in paragraphs 9 and 10 above;

(h) ☐ other (specify):_____

_____

_____

_____

_____

_____

13. The facts supporting the plaintiff's claim of discrimination are as follows:

(1) Elizabeth S. Director of Nursing, used to scream at me in front of poeple, even blamed me for her own mistakes She never treated other the same way as me, two times I Called Coporate office to notify them, Ref Number 1405 BSL 10149, (2) According to Steve S. Administrator the reason he fired me for expired Resident but never explained how.

14. **[*AGE DISCRIMINATION ONLY*]** Defendant knowingly, intentionally, and willfully **discriminated** against the plaintiff.

15. The plaintiff demands that the case be tried by a jury. ☐ YES  ☒ NO

16. THEREFORE, the plaintiff asks that the court grant the following relief to the plaintiff [*check only those that apply*]

   (a) ☐ Direct the defendant to hire the plaintiff.

   (b) ☒ Direct the defendant to re-employ the plaintiff.

   (c) ☐ Direct the defendant to promote the plaintiff.

   (d) ☐ Direct the defendant to reasonably accommodate the plaintiff's religion.

   (e) ☐ Direct the defendant to reasonably accommodate the plaintiff's disabilities.

   (f) ☐ Direct the defendant to (specify): _____

EEOC Form 161 (11/09)      **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| | |
|---|---|
| To: Violet Phiri<br>2451 West Howard, Apt 506<br>Chicago, IL 60645 | From: Chicago District Office<br>500 West Madison St<br>Suite 2000<br>Chicago, IL 60661 |

[ ]    On behalf of person(s) aggrieved whose identity is *CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 440-2014-05699 | Katarzyna Hammond,<br>Investigator | (312) 869-8024 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other (*briefly state*)

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

*Julianne Bowman*      9/15/15
Julianne Bowman,      (Date Mailed)
District Director

Enclosures(s)

cc:

BROOKDALE SENIOR LIVING
Jack Leebron
Vice President, Legal Employment Affairs
111 Westwood Place, Suite 400
Brentwood, TN 37027

_____

_____

_____

_____

_____

(g) ☐ If available, grant the plaintiff appropriate injunctive relief, lost wages, liquidated/double damages, front pay, compensatory damages, punitive damages, prejudgment interest, post-judgment interest, and costs, including reasonable attorney fees and expert witness fees.

(h) ☑ Grant such other relief as the Court may find appropriate.

(Plaintiff's signature)

_Viri_

(Plaintiff's name)

VIOLET PHIRI

(Plaintiff's street address)

2451 W. Howard # 596

_____

(City) CHICAGO   (State) Il   (ZIP) 60645

(Plaintiff's telephone number) (773) - 216 - 7754

Date: 12/14/2015

6

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s) |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | [ ] FEPA<br>[X] EEOC | 440-2014-05699 |

Illinois Department Of Human Rights _____ and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| **Ms. Violet Phiri** | **(773) 216-7754** | **05-12-1964** |

Street Address: **2451 W Howard Apt 506, Chicago, IL 60645**

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| **BROOKDALE SENIOR LIVING** | **500 or More** | **(773) 880-2960** |

Street Address: **2960 Lakeshore Drive, Chicago, IL 60657**

DISCRIMINATION BASED ON (Check appropriate box(es).)

[X] RACE  [ ] COLOR  [ ] SEX  [ ] RELIGION  [X] NATIONAL ORIGIN
[X] RETALIATION  [ ] AGE  [ ] DISABILITY  [ ] GENETIC INFORMATION
[ ] OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: **04-01-2014**   Latest: **07-22-2014**
[ ] CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

**I was hired by Respondent on or around July 1, 2012. My most recent position was Licensed Practical Nurse. During my employment, I was subjected to different terms and conditions of employment, including but not limited to a hostile work environment. I complained, but nothing was done. Subsequently, I was disciplined and on or around July 22, 2014, I was discharged.**

**I believe I have been discriminated against because of my race, Black, national origin, African, and retaliated against for engaging in protected activity, in violation of Title VII of the Civil Rights Act of 1964, as amended.**

RECEIVED EEOC
SEP 0 3 2014
CHICAGO DISTRICT OFFICE

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year)

X 9/2/14   X VPhiri
Date    Charging Party Signature

**28 DEC 2015 ▶ 19 JAN 2016** TRIP TO **DURBAN, SOUTH AFRICA**

PREPARED FOR
**PHIRI/VIOLET**

RESERVATION CODE   IONJCN
AIRLINE RESERVATION CODE   GN4CMP (DL), 454OXP (SA)

---

✈ DEPARTURE: **MONDAY 28 DEC** Please verify flight times prior to departure

| | | | |
|---|---|---|---|
| **DELTA AIR LINES INC**<br>**DL 1612**<br><br>Duration:<br>2hr(s) 0min(s) | **ORD**<br>CHICAGO OHARE, IL<br><br>Departing At:<br>3:30pm<br><br>Terminal:<br>TERMINAL 2 | ▶ **ATL**<br>ATLANTA, GA<br><br>Arriving At:<br>6:30pm<br><br>Terminal:<br>SOUTH TERMINAL | Aircraft:<br>BOEING 717 JET<br><br>Distance (in Miles): 606<br>Stop(s): 0 |

| Passenger Name: | Seats: | Class: | Status: | Meals: |
|---|---|---|---|---|
| » PHIRI/VIOLET | Check-In Required | Economy | Confirmed | Refreshment |

---

✈ DEPARTURE: **MONDAY 28 DEC** ▶ ARRIVAL: **TUESDAY 29 DEC**
Please verify flight times prior to departure

| | | | |
|---|---|---|---|
| **DELTA AIR LINES INC**<br>**DL 0200**<br><br>Duration:<br>15hr(s) 17min(s) | **ATL**<br>ATLANTA, GA<br><br>Departing At:<br>7:13pm<br>(Mon, Dec 28)<br><br>Terminal:<br>MAYNARD JACKSON INTL TERM | ▶ **JNB**<br>JOHANNESBURG, SOUTH AFRICA<br><br>Arriving At:<br>5:30pm<br>(Tue, Dec 29)<br><br>Terminal:<br>TERMINAL A | Aircraft:<br>BOEING 777-200LR JET<br><br>Distance (in Miles): 8433<br>Stop(s): 0 |

| Passenger Name: | Seats: | Class: | Status: | Meals: |
|---|---|---|---|---|
| » PHIRI/VIOLET | Check-In Required | Economy | Confirmed | Dinner |

---

✈ DEPARTURE: **TUESDAY 29 DEC** Please verify flight times prior to departure

| | | | |
|---|---|---|---|
| **SOUTH AFRICAN AIRWAYS**<br>**SA 0579**<br><br>Duration:<br>1hr(s) 5min(s) | **JNB**<br>JOHANNESBURG, SOUTH AFRICA<br><br>Departing At:<br>7:30pm<br><br>Terminal:<br>TERMINAL B | ▶ **DUR**<br>DURBAN, SOUTH AFRICA<br><br>Arriving At:<br>8:35pm<br><br>Terminal:<br>Not Available | Aircraft:<br>AIRBUS INDUSTRIE A320 JET<br><br>Distance (in Miles): 312<br>Stop(s): 0 |

| Passenger Name: | Seats: | Class: | Status: | Meals: |
|---|---|---|---|---|
| » PHIRI/VIOLET | Check-In Required | Economy | Confirmed | Snack |

**DEPARTURE: MONDAY 18 JAN** Please verify flight times prior to departure

| | | | |
|---|---|---|---|
| **SOUTH AFRICAN AIRWAYS** **SA 0570** Duration: 1hr(s) 5min(s) | **DUR** DURBAN, SOUTH AFRICA Departing At: **4:55pm** Terminal: Not Available | **JNB** JOHANNESBURG, SOUTH AFRICA Arriving At: **6:00pm** Terminal: TERMINAL B | Aircraft: AIRBUS INDUSTRIE A319 JET Distance (in Miles): 312 Stop(s): 0 |

| Passenger Name: | Seats: | Class: | Status: | Meals: |
|---|---|---|---|---|
| » PHIRI/VIOLET | Check-In Required | Economy | Confirmed | Snack |

**DEPARTURE: MONDAY 18 JAN ▶ ARRIVAL: TUESDAY 19 JAN**
Please verify flight times prior to departure

| | | | |
|---|---|---|---|
| **DELTA AIR LINES INC** **DL 0201** Duration: 16hr(s) 49min(s) | **JNB** JOHANNESBURG, SOUTH AFRICA Departing At: **7:55pm** **(Mon, Jan 18)** Terminal: TERMINAL A | **ATL** ATLANTA, GA Arriving At: **5:44am** **(Tue, Jan 19)** Terminal: MAYNARD JACKSON INTL TERM | Aircraft: BOEING 777-200LR JET Distance (in Miles): 8433 Stop(s): 0 |

| Passenger Name: | Seats: | Class: | Status: | Meals: |
|---|---|---|---|---|
| » PHIRI/VIOLET | Check-In Required | Economy | Confirmed | Dinner |

**DEPARTURE: TUESDAY 19 JAN** Please verify flight times prior to departure

| | | | |
|---|---|---|---|
| **DELTA AIR LINES INC** **DL 1820** Duration: 2hr(s) 10min(s) | **ATL** ATLANTA, GA Departing At: **7:25am** Terminal: SOUTH TERMINAL | **ORD** CHICAGO OHARE, IL Arriving At: **8:35am** Terminal: TERMINAL 2 | Aircraft: BOEING 717 JET Distance (in Miles): 606 Stop(s): 0 |

| Passenger Name: | Seats: | Class: | Status: | Meals: |
|---|---|---|---|---|
| » PHIRI/VIOLET | Check-In Required | Economy | Confirmed | Refreshment |